IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WAI MAN TOM, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Case No.: 5:17-CV-00098-FL |
| | )<br>) |
| HOSPITALITY VENTURES LLC, d/b/a UMSTEAD HOTEL AND SPA, NC CULINARY VENTURES LLC, d/b/a ÃN ASIAN CUISINE, and SAS INSTITUTE INC., | )<br>)<br>)<br>)<br>) |
| *Defendants*. | |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

The parties, through their undersigned counsel, respectfully move the Court to enter the Stipulated Protective Order, attached hereto as Exhibit A. During the course of discovery in this matter, the parties anticipate that documents and information considered private, confidential, and sensitive may be produced. The parties agree that prompt entry of an order authorizing the parties to produce and make available such private, sensitive, and confidential documents and information is necessary for the parties to protect that information from public disclosure and obtain relevant and essential discovery of that material. Accordingly, the parties respectfully request that the Court enter the attached Stipulated Protective Order.

DATED:   November 16, 2017              Respectfully submitted,

| | |
|---|---|
| */s/ Gilda A. Hernandez* | */s/ Arch Y. Stokes* |
| Gilda A. Hernandez (NCSB No. 36812) | Arch Y. Stokes |
| Michael B. Cohen (NCSB No. 50629) | GA Bar No. 683100 |
| **THE LAW OFFICES OF GILDA A.** | astokes@stokeswagner.com |
| **HERNANDEZ, PLLC** | John R. Hunt |
| 1020 Southhill Dr. Ste. 130 | jhunt@stokeswagner.com |

Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
mcohen@gildahernandezlaw.com

*Attorneys for Plaintiff*

GA Bar No. 378530
Jordan A. Fishman
jfishman@stokeswagner.com
GA Bar No. 180796
Stokes Wagner, ALC
One Atlantic Center, Suite 2400
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.766.0076
Facsimile: 404.766.8823

Susana K. Gibbons
N.C. State Bar No. 9815
sgibbons@poynerspruill.com
Kevin M. Ceglowski
kceglowski@poynerspruill.com
N.C. State Bar No. 35703
Poyner Spruill LLP
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-01801
Telephone: 919-783-6400
Facsimile: 919-783-1075

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** was served in accordance with the Federal Rules of Civil Procedure on the following:

Arch Y. Stokes
GA Bar No. 683100
astokes@stokeswagner.com
John R. Hunt
jhunt@stokeswagner.com
GA Bar No. 378530
Jordan A. Fishman
jfishman@stokeswagner.com
GA Bar No. 180796
Stokes Wagner, ALC
One Atlantic Center, Suite 2400
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.766.0076
Facsimile: 404.766.8823

Susana K. Gibbons
N.C. State Bar No. 9815
sgibbons@poynerspruill.com
Kevin M. Ceglowski
kceglowski@poynerspruill.com
N.C. State Bar No. 35703
Poyner Spruill LLP
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-01801
Telephone: 919-783-6400
Facsimile: 919-783-1075

*Attorneys for Defendants*

                        */s/ Gilda A. Hernandez*
                        Gilda A. Hernandez (NCSB No. 36812)
                        Michael B. Cohen (NCSB No. 50629)
                        **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
                        1020 Southhill Dr. Ste. 130
                        Cary, NC 27513

Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
mcohen@gildahernandezlaw.com

*Attorneys for Plaintiff*