UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WAI MAN TOM on behalf of himself and )
all others similarly situated, )
          Plaintiff, )
)
v. )   **JUDGMENT**
)   No. 5:17-CV-98-FL
HOSPITALITY VENTURES LLC doing )
business as Umstead Hotel and Spa, SAS )
INSTITUTE INC., and NC CULINARY )
VENTURES LLC doing business as An )
Asian Cuisine, )
          Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 18, 2018, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is GRANTED with respect to plaintiff's federal law claims. Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c).

**This Judgment Filed and Entered on December 18, 2018, and Copies To:**

Gilda A. Hernandez (via CM/ECF Notice of Electronic Filing)
Emma J. Smiley (via CM/ECF Notice of Electronic Filing)
Jimmy D. Braziel (via CM/ECF Notice of Electronic Filing)
Travis Andrew Gasper (via CM/ECF Notice of Electronic Filing)
Arch Y. Stokes (via CM/ECF Notice of Electronic Filing)
Kevin Michael Ceglowski (via CM/ECF Notice of Electronic Filing)
John R. Hunt (via CM/ECF Notice of Electronic Filing)
Jordan Danielle Arkin (via CM/ECF Notice of Electronic Filing)
Susanna K. Gibbons (via CM/ECF Notice of Electronic Filing)

December 18, 2018        PETER A. MOORE, JR., CLERK

                                            /s/ Susan W. Tripp
                                       (By) Susan W. Tripp, Deputy Clerk