IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WAI MAN TOM, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HOSPITALITY VENTURES LLC, d/b/a UMSTEAD HOTEL AND SPA, NC CULINARY VENTURES LLC, d/b/a ÃN ASIAN CUISINE, and SAS INSTITUTE INC.<br><br>*Defendants*. | Case No.: 5:17-CV-00098-FL |

## NOTICE OF APPEAL

Notice is given that Plaintiff Wai Man Tom, in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit, pursuant to Rules 3 and 4(a) of the Federal Rules of Appellate Procedure, the Order entered December 18, 2018 [D.E. 129] granting Defendants' Motion for Summary Judgment [D.E. 99], denying as moot Plaintiffs' Motion for Conditional FLSA Certification and for Certification Under Fed. R. Civ. P. 23(A) and (B)(3) [D.E. 79], denying Plaintiffs' Motion to Seal [D.E. 82] and denying Defendants' Request for Oral Argument [D.E. 124].

Respectfully submitted, December 21, 2018.

> */s/ Gilda Adriana Hernandez*
> Gilda A. Hernandez (NCSB No. 36812)
> Emma J. Smiley (NCSB No. 46407)
> **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
> 1020 Southhill Dr. Ste. 130
> Cary, NC 27513
> Tel: (919) 741-8693
> Fax: (919) 869-1853
> ghernandez@gildahernandezlaw.com

esmiley@gildahernandezlaw.com

J. Derek Braziel (Texas No. 00793380)
Travis Andrew Gaspar
**Lee & Braziel, LLP**
1801 N. Lamar St. Suite 325
Dallas, TX 75202
Tel: 214-749-1400
Fax: 214-749-1010
jdbraziel@l-b-law.com
gasper@l-b-law.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, the foregoing **NOTICE OF APPEAL** was served in accordance with the Federal Rules of Civil Procedure on the following:

**Arch Y. Stokes**
astokes@stokeswagner.com
GA Bar No. 683100
**John R. Hunt**
jhunt@stokeswagner.com
GA Bar No. 378530
**Jordan Danielle Arkin**
jfishman@stokeswagner.com
GA Bar No. 180796
Stokes Wagner, ALC
One Atlantic Center, Suite 2400
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.766.0076
Facsimile: 404.766.8823

**Kevin M. Ceglowski**
kceglowski@poynerspruill.com
N.C. State Bar No. 35703
**Susanna K. Gibbons**
sgibbons@poynerspruill.com
Poyner Spruill LLP
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-01801
Telephone: 919-783-6400
Facsimile: 919-783-1075

*Attorneys for Defendants.*

                                           */s/ Gilda Adriana Hernandez*
                                           Gilda A. Hernandez (NCSB No. 36812)
                                           Emma J. Smiley (NCSB No. 46407)
                                           **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
                                           1020 Southhill Dr. Ste. 130
                                           Cary, NC 27513
                                           Tel: (919) 741-8693

Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
esmiley@gildahernandezlaw.com

J. Derek Braziel (Texas No. 00793380)
Travis Andrew Gaspar
**Lee & Braziel, LLP**
1801 N. Lamar St. Suite 325
Dallas, TX 75202
Tel: 214-749-1400
Fax: 214-749-1010
jdbraziel@l-b-law.com
gasper@l-b-law.com

*Attorneys for Plaintiffs*