IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-98-FL

| | |
|---|---|
| WAI MON TOM, on behalf of himself and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) HOSPITALITY VENTURES, LLC d/b/a ) UMSTEAD HOTEL AND SPA, NC ) CULINARY VENTURES LLC d/b/a AN ) ASIAN CUISINE, and SAS INSTITUTE, ) ) Defendants. ) | O R D E R |

This matter is before the clerk on the motion for bill of costs [DE-134] filed by defendants and opposed by plaintiff [DE-135].

Plaintiff's appeal [DE-131] remains pending in the Fourth Circuit Court of Appeals. Given the pending appeal in this matter, the clerk DENIES defendants' motion for bill of costs WITHOUT PREJUDICE, and grants permission to defendants to refile and incorporate their prior filings by reference following the issuance of the mandate of the court of appeals, if appropriate.

SO ORDERED. This the 16 day of September, 2019.

Peter A. Moore, Jr.
Clerk of Court