IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WAI MAN TOM, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>HOSPITALITY VENTURES LLC, d/b/a UMSTEAD HOTEL AND SPA, NC CULINARY VENTURES LLC, d/b/a ÃN ASIAN CUISINE, and SAS INSTITUTE INC.,<br><br>*Defendants.* | Case No.: 5:17-cv-98<br><br>Collective and Class Action<br>**MOTION TO WITHDRAW AS COUNSEL** |

## **MOTION TO WITHDRAW J. DEREK BRAZIEL AS COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Wai Man Tom, and all others similarly situated (collectively, "Plaintiffs") request that J. Derek Braziel of Lee & Braziel, LLP be allowed to withdraw as counsel of record for Plaintiffs in the above-captioned case, and that he be removed from the electronic service in this case for reasons that Mr. J. Derek Braziel no longer represents Plaintiffs and as the Lee & Braziel, LLP entity is no longer operating and is no longer participating in the case. Gilda Hernandez of The Law Offices of Gilda Hernandez will continue as counsel for Plaintiffs. The withdrawal of counsel has been agreed to by all parties and is not sought for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs' respectfully request that the Court grant this Motion to Withdraw and for such other and further relief to which Plaintiffs may be justly entitled.

Date: June 28, 2021

/s/ J. Derek Braziel
J. Derek Braziel
Texas Bar No. 00793380
Braziel Dixon, Llp
1910 Pacific Ave., Ste. 12000
Dallas, TX 75201
(214) 749-1400 phone
(214) 749-1010 fax

/s/ Gilda A. Hernandez
Gilda A. Hernandez (Ncsb: 36812)
The Law Offices of Gilda A. Hernandez, PLLC
1020 South Hill Drive, Suite 130
Cary, North Carolina 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I electronically filed the foregoing true and accurate copy of **Motion to Withdraw as Counsel** with the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document to the following:

Arch Y. Stokes
GA Bar No. 683100
astokes@stokeswagner.com
John R. Hunt
jhunt@stokeswagner.com
GA Bar No. 378530
Jordan D. Arkin
jarkin@stokeswagner.com
GA Bar No. 180796
Stokes Wagner, ALC
One Atlantic Center, Suite 2400
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.766.0076
Facsimile: 404.766.8823

*Attorneys for Defendant*

Susanna K. Gibbons
N.C. State Bar No. 9815
sgibbons@poynerspruill.com
Kevin M. Ceglowski
kceglowski@poynerspruill.com
N.C. State Bar No. 35703
Poyner Spruill LLP
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-01801
Telephone: 919-783-6400
Facsimile: 919-783-1075

*Attorneys for Defendants*