IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WAI MAN TOM, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>HOSPITALITY VENTURES LLC, d/b/a UMSTEAD HOTEL AND SPA, NC CULINARY VENTURES LLC, d/b/a ÃN ASIAN CUISINE, and SAS INSTITUTE INC.,<br><br>*Defendants.* | Case No.: 5:17-cv-98 -FL<br><br>Collective and Class Action<br>**NOTICE OF SPECIAL APPEARANCE** |

## **ORDER GRANTING MOTION TO WITHDRAW COUNSEL.**

On this 29th day of June, 2021, came to be considered the Motion to Withdraw J. Derek Braziel as counsel of record for Plaintiffs in the above styled and referenced cause and the court, after considering the Motion, is of the opinion that said motion should be and is hereby **GRANTED.**

It is therefore ORDERED, ADJUDGED, AND DECREED by the Court that Motion to Withdraw J. Derek Braziel as counsel be and is hereby granted. J. Derek Braziel is hereby withdrawn as counsel in the above styled and referenced cause.

SIGNED this 29th day of June, 2021

_____
LOUISE W. FLANAGAN
United States District Judge