IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WAI MAN TOM, on behalf of himself and all others similarly situated, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | CA No. 5:17-cv-00098-FL |
| HOSPITALITY VENTURES LLC, d/b/a UMSTEAD HOTEL AND SPA, NC CULINARY VENTURES LLC, d/b/a ÃN ASIAN CUISINE, and SAS INSTITUTE INC., | ) ) ) ) ) ) | |
| *Defendants*. | | |

**JOINT NOTICE TO ADVISE THE COURT THAT THE PARTIES HAVE REACHED A SETTLEMENT AGREEMENT TO RESOLVE ALL CLAIMS AT ISSUE IN THIS LITIGATION**

NOW COME the Parties, jointly, by and through their counsel, the Parties have reached a settlement agreement in principle, to be finalized in a formal, written settlement agreement, to resolve the claims asserted by the Named Plaintiff on behalf of himself and all others similarly situated during the relevant time period, including Opt-in Plaintiffs and Rule 23 Class Members, pursuant to the Fair Labor Standards Act ("FLSA") and North Carolina Wage and Hour Act ("NCWHA") and Rule 23 of the Federal Rules of Civil Procedure. Named Plaintiff expects to submit an Unopposed Motion for Preliminary Approval of Class-Wide Settlement, Proposed Settlement Agreement, and all other related documents to the Court, within thirty (30) days from the date of this filing, or no later than July 29, 2022.

Respectfully submitted this the 30 June 2022.

*/s/ Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Charlotte Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiff*

*/s/ John R. Hunt*
John R. Hunt
GA Bar No. 378530
 jhunt@stokeswagner.com
Jordan A. Fishman
GA Bar No. 180796
jarkin@stokeswagner.com
**STOKES WAGNER ALC**
One Atlantic Center, Suite 2615
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.766.0076
Facsimile: 404.766.8823

*Attorneys for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 30, 2022, I electronically filed the foregoing true and accurate copy of the **JOINT NOTICE TO ADVISE THE COURT THAT THE PARTIES HAVE REACHED A SETTLEMENT AGREEMENT TO RESOLVE ALL CLAIMS AT ISSUE IN THIS LITIGATION** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Arch Y. Stokes
astokes@stokeswagner.com
John R. Hunt
jhunt@stokeswagner.com
Jordan A. Fishman
jfishman@stokeswagner.com
**Stokes Wagner, ALC**
One Atlantic Center, Suite 2400
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.766.0076
Facsimile: 404.766.8823

Susanna K. Gibbons
sgibbons@poynerspruill.com
Kevin M. Ceglowski
**Poyner Spruill LLP**
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-01801
Telephone: 919-783-6400
Facsimile: 919-783-1075
*Attorneys for Defendants*

*/s/ Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Charlotte Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com
*Attorneys for Plaintiff*

3