THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISON
CA No. 5:17-CV-98-FL

| | |
|---|---|
| WAI MAN TOM, on behalf of himself and all others similarly situated, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) |
| HOSPITALITY VENTURES, LLC, d/b/a UMSTEAD HOTEL AND SPA; SAS INSTITUTE, INC.; NC CULINARY VENTURES, LLC, d/b/a AN ASIAN CUISINE, | ) ) ) ) ) ) |
| *Defendants*. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; APPROVAL OF SETTLEMENT ADMINISTRATOR; AND APPROVAL OF PLAINTIFF'S NOTICE OF SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), and based on the accompanying memorandum of law, Plaintiff respectfully moves this Court, consistent with the Parties' Settlement Agreement, (Dkt. 222-1), to (1) provisionally grant preliminary approval of the proposed class and collective action settlement (the Parties' "Settlement Agreement"); (2) approve the appointment of Angeion Group LLC, as settlement administrator; and (3) approve the proposed notice of the settlement and claim form. The Parties' Settlement Agreement, proposed notice, and proposed order are submitted herewith.

Counsel for Plaintiff has conferred with counsel for Defendants and, consistent with the Parties' Settlement Agreement, Defendants do not oppose the instant motion.

Respectfully submitted July 29, 2022.

*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Charlotte C. Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Dr. Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2022, I electronically filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; APPROVAL OF SETTLEMENT ADMINISTRATOR; AND APPROVAL OF PLAINTIFF'S NOTICE OF SETTLEMENT** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Arch Y. Stokes
astokes@stokeswagner.com
John R. Hunt
jhunt@stokeswagner.com
Jordan A. Fishman
jfishman@stokeswagner.com
**Stokes Wagner, ALC**
One Atlantic Center, Suite 2400
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.766.0076
Facsimile: 404.766.8823

Susanna K. Gibbons
sgibbons@poynerspruill.com
Kevin M. Ceglowski
**Poyner Spruill LLP**
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-01801
Telephone: 919-783-6400
Facsimile: 919-783-1075

*Attorneys for Defendants*

                                                                 */s/ Gilda Adriana Hernandez*
                                                          Gilda A. Hernandez (NCSB No. 36812)
                                                          Charlotte C. Smith (NCSB No. 53616)
                                                          **THE LAW OFFICES OF GILDA A.**
                                                          **HERNANDEZ, PLLC**
                                                          1020 Southhill Dr. Ste. 130
                                                          Cary, NC 27513
                                                          Tel: (919) 741-8693
                                                          Fax: (919) 869-1853
                                                          ghernandez@gildahernandezlaw.com
                                                          csmith@gildahernandezlaw.com

                                                          *Attorneys for Plaintiff*