THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CA No. 5:17-CV-98-FL

| | | |
|---|---|---|
| WAI MAN TOM, on behalf of himself and all others similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) ) | **ORDER** |
| HOSPITALITY VENTURES, LLC, d/b/a UMSTEAD HOTEL AND SPA; SAS INSTITUTE, INC.; NC CULINARY VENTURES, LLC, d/b/a AN ASIAN CUISINE, | ) ) ) ) ) | |
| *Defendants.* | ) ) ) | |

This matter, having come before this Court on Plaintiff's Unopposed Motion to Change the Settlement Administrator; and it appearing to this Court that good cause exists for the granting of said motion; that said motion be allowed; and that the motion should be GRANTED.

Therefore, this Court will submit an amended Order Granting Preliminary Approval based on the revisions made in Exhibit B attached to Plaintiff's Unopposed Motion.

IT IS SO ORDERED. This 30th day of August, 2022.

_____
Honorable Louise Wood Flanagan
United States District Judge