THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISON
CA No. 5:17-CV-98-FL

| | |
|---|---|
| WAI MAN TOM, on behalf of himself and all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| HOSPITALITY VENTURES, LLC, d/b/a UMSTEAD HOTEL AND SPA; SAS INSTITUTE, INC.; NC CULINARY VENTURES, LLC, d/b/a AN ASIAN CUISINE, | ) ) ) ) ) ) |
| *Defendants.* | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of the Class and Collective Action Settlement ("Motion for Final Approval"), Plaintiff respectfully requests the Court enter an Order:

(1) Granting final approval of the Parties' Settlement Agreement of Class and Collective Action and Release of Claims (Dkt. 222-1), including the class action settlement pursuant to Fed. R. Civ. P. 23 and the Fair Labor Standards Act (FLSA) collective action settlement contained therein; and

(2) Granting any other relief that the Court deems just and proper.

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto, for the Court's convenience.

Respectfully submitted this November 21, 2022

/s/ Gilda Adriana Hernandez
Gilda A. Hernandez (NCSB No. 36812)
Charlotte C. Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: 919 741-8693
Fax: 919 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECIVE AND CLASS ACTION SETTLEMENT** with the Court using the CM/ECF system, and thereby electronically served the document to the following:

Arch Y. Stokes
astokes@stokeswagner.com
John R. Hunt
jhunt@stokeswagner.com
Jordan A. Fishman
jfishman@stokeswagner.com
**Stokes Wagner, ALC**
One Atlantic Center, Suite 2400
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.766.0076
Facsimile: 404.766.8823

Susanna K. Gibbons
sgibbons@poynerspruill.com
Kevin M. Ceglowski
**Poyner Spruill LLP**
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-01801
Telephone: 919-783-6400
Facsimile: 919-783-1075

*Attorneys for Defendants*

      */s/ Gilda Adriana Hernandez*
      Gilda A. Hernandez (NCSB No. 36812)
      Charlotte C. Smith (NCSB No. 53616)
      **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
      1020 Southhill Dr., Ste. 130 Cary, NC 27513
      Tel: (919) 741-8693
      Fax: (919) 649-1853
      ghernandez@gildahernandezlaw.com
      csmith@gildahernandezlaw.com

      *Attorneys for Plaintiff*