THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CA No. 5:17-CV-98-FL

| | |
|---|---|
| WAI MAN TOM, on behalf of himself and all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) ) |
| HOSPITALITY VENTURES, LLC, d/b/a UMSTEAD HOTEL AND SPA; SAS INSTITUTE, INC.; NC CULINARY VENTURES, LLC, d/b/a AN ASIAN CUISINE, | ) ) ) ) ) ) |
| *Defendants.* | ) |

## **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

The above captioned matter came before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Attorneys' Fees and Reimbursement of Costs and Expenses ("Unopposed Motion for Attorneys' Fees") (Dkt. 223). The Court has considered the representations of Plaintiff's Counsel, the pleadings, and the record, and rules as follows with respect to Plaintiff's Counsel's request for attorneys' fees and reimbursement of litigation costs and expenses:

Plaintiff's Counsel are awarded attorneys' fees and costs, in the amount of $1,000,000.00 from the Gross Settlement Fund.

DATED: 11/29/22

By the Court:

*Louis W. Flanagan*
The Honorable Louise W. Flanagan
United States District Judge