IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISON
CA No. 5:17-CV-98-FL

WAI MAN TOM, on behalf of himself and all others similarly situated,

*Plaintiff,*

v.

HOSPITALITY VENTURES, LLC, d/b/a UMSTEAD HOTEL AND SPA; SAS INSTITUTE, INC.; NC CULINARY VENTURES, LLC, d/b/a AN ASIAN CUISINE,

*Defendants.*

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SERVICE AWARDS

The above captioned matter came before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Service Awards ("Motion for Service Awards") (Dkt. 225). The Court has considered the pleadings and the record and rules that the Motion for Service Awards is Granted. The service awards to be paid from the Gross Settlement Fund are as follows:

(1) A Service Award to Named Plaintiff Wai Man Tom is approved in the amount of $35,000.00

(2) A Service Award to Opt-In Plaintiff Brandon Kelly is approved in the amount of $35,000.00;

(3) A Service Award to Opt-In Plaintiff Gregory Evenson is approved in the amount of $10,000.00;

(4) A Service Award to Opt-In Plaintiff Elaina Tanski is approved in the amount of $7,500.00;

(5) A Service Award to Opt-In Plaintiff Deion Dorsey is approved in the amount of $7,500.00;

(6) A Service Award to Opt-In Plaintiff Anne Yael Okale Weeks is approved in the amount

of $7,500.00;

(7) A Service Award to Opt-In Plaintiff Justin Dillon is approved in the amount of $7,500.00;

(8) A Service Award to Opt-In Plaintiff Joseph Hardin is approved in the amount of $5,000.00;

(9) A Service Award to Rule 23 Class Member Taylor Rogan is approved in the amount of $2,500.00;

(10) A Service Award to Opt-In Plaintiff Singh Han "Ruth" Lee is approved in the amount of $2,500.00.

DATED: 11/29/22

By the Court:

*[signature]*

Honorable Louise Wood Flanagan
United States District Judge

2